IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
JAN 0 5 2015
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:15CR 2 -1 |
| | : | |
| JOSEPH DRAYTON, also known | : | |
| as "Malcom" | : | |

### The United States Attorney charges:

From in or about June 2014, up to and including on or about August 26, 2014, the exact dates unknown, in the County of Guilford, in the Middle District of North Carolina, JOSEPH DRAYTON, also known as "Malcom," did knowingly provide and obtain labor and services of a person, and did attempt and conspire to do the same, to wit: Victim-1, by means of force, threats of force, physical restraint, and threats of physical restraint to that person, and by means of a scheme, plan and pattern intended to cause that person to believe that, if the person did not perform such labor and services, the person would suffer serious harm and physical restraint; in violation of Title 18, United States Code, Sections 1589(1), 1589(2) and 1594(a).

_____
ANAND P. RAMASWAMY
ASSISTANT UNITED STATES ATTORNEY

_____
RIPLEY RAND
UNITED STATES ATTORNEY