IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:15CR002-1 |
| | : | |
| v. | : | |
| | : | PETITION FOR WRIT OF HABEAS |
| JOSEPH DRAYTON | : | CORPUS AD PROSEQUENDUM |

NOW COMES the United States of America, by and through Ripley Rand, United States Attorney for the Middle District of North Carolina, and respectfully shows the Court that JOSEPH DRAYTON now in the custody of the Guilford County Jail, High Point, North Carolina, has a case pending against him in the United States District Court for the Middle District of North Carolina, in which he is charged with a violation of Title 18, United States Code, Section 1589, forced labor.

It does not appear that the said JOSEPH DRAYTON will be released from custody in time to appear for guilty plea at arraignment at the January 2015 term of Court to be held in this District.

WHEREFORE, it is respectfully requested that a Writ of Habeas Corpus ad Prosequendum be issued from this Court to have the said JOSEPH DRAYTON before the United States District Court, United States Courthouse, 251 North Main Street, Winston-Salem, North Carolina, on January 6, 2015, at 9:30 a.m., for the purpose of guilty plea at arraignment in the case of the United States of America v. Joseph

1

Drayton, 1:15CR002-1, on that day or as soon thereafter as the Court may hear the same.

This the 5th day of January, 2015.

Respectfully submitted,

RIPLEY RAND
United States Attorney


/S/ ANAND P. RAMASWAMY
Assistant United States Attorney
NCSB #24991
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St.
Fourth Floor
Greensboro, NC  27401
Phone:  336/333-5351