IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:15CR2-1 |
| | : | |
| v. | : | |
| | : | |
| JOSEPH DRAYTON, also known as "Malcom" | : | FACTUAL BASIS |
| | : | |

NOW COMES the United States of America, by and through Ripley Rand, United States Attorney for the Middle District of North Carolina, and as a factual basis under Rule 11, Fed. R. Crim. P., states the following:

The person hereinafter identified as "Victim-1" was a 19-year-old female who met another female, J.A.R., while both were in a local jail. Like J.A.R., Victim-1 was already a heroin user when they began serving short jail sentences. When Victim-1 was released from the jail, she had no money or heroin. Through J.A.R., Victim-1 met JOSEPH DRAYTON, in or about June 2014. Victim-1 knew DRAYTON as "Malcom". Victim-1 agreed to perform commercial sex acts (i.e., prostitution) as arranged by DRAYTON, in exchange for heroin and 40% of the proceeds of the prostitution, with DRAYTON keeping 60%.

Victim-1 told investigators that for the two months after she met DRAYTON, she worked for him performing commercial sex acts approximately four times, each time lasting between two and for days.

The commercial sex acts were performed at motels within the Middle District of North Carolina, and advertised online through a classified advertising website. Other young women were similarly involved in commercial sex acts facilitated by DRAYTON, according to Victim-1. Victim-1 told investigators that DRAYTON usually kept her portion of the proceeds of the prostitution, and that DRAYTON used threats of violence and actual physical assaults to keep her from leaving DRAYTON'S employ. Victim-1's involvement with DRAYTON ended on August 26, 2014, when police responded to reports of prostitution and drug activity and found Victim-1, two other young women and DRAYTON at a Greensboro hotel.

This the 5th day of January, 2015.

Respectfully submitted,

RIPLEY RAND
United States Attorney


/S/ ANAND P. RAMASWAMY
Assistant U.S. Attorney
NCSB #24991

101 S. Edgeworth St.
Greensboro, NC 27401
336/333-5351

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:15CR2-1 |
| v. | : | |
| JOSEPH DRAYTON, also known as "Malcom" | : | |

CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2015, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kathleen A. Gleason, Esq.

Respectfully submitted,

RIPLEY RAND
UNITED STATES ATTORNEY


/S/ ANAND P. RAMASWAMY
Assistant United States Attorney
NCSB #24991
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth Street, 4th Floor
Greensboro, NC 27401
Phone: 336/333-5351
E-mail: anand.ramaswamy@usdoj.gov

3